UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| ROBERT E. ORDAL, | ) | |
| | ) | |
| Plaintiff(s), | ) | 2:15-cv-01537-GMN-NJK |
| | ) | |
| vs. | ) | |
| | ) | |
| SOCORRO KEENAN, et al., | ) | **O R D E R** |
| | ) | |
| Defendant(s). | ) | |

Defendant Socorro Keenan is proceeding in this action *pro se*, removed this action from state court, and has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. Docket No. 1. Applications to proceed *in forma pauperis* are used by parties who can demonstrate an inability to pay the Court's $400 filing fee. In determining whether to grant an application to proceed *in forma pauperis*, the Court may look beyond the application to determine the financial condition of the applicants. *See, e.g.*, *Ballard v. Las Vegas Metro. Police*, 2013 U.S. 185112, \*4 (D. Nev. Oct. 18, 2013), *adopted* 2014 U.S. Dist. Lexis 19284 (D. Nev. Feb. 14, 2014).

In reviewing Defendant's pending application, it is clear that it is incomplete in several respects. First, Defendant lists her take-home pay or wages at $3,500 per month. *See* Docket No. 1 at 1. The application fails to identify Defendant's employer, the nature of any self-employment, and what amount of money Defendant expects to receive in the future from that source.

Second, Defendant asserts as income "[r]ent payments, interest, or dividends," but fails to explain sufficiently how much it consists of and what amount of money Defendant expects to receive in the future from that source.

Third, it appears that Defendant owns a home because Defendant is paying a home loan of $1899 per month. *See* Docket No. 1 at 2. At the same time, the only real property listed as an asset is valued at $300. *See id.* Accordingly, the application appears to have omitted the value of the property for which the home loan is being paid.

Fourth, Defendant lists an automobile on the application but fails to identify its value.

Fifth, with respect to debts and other financial obligations, Defendant states only "[a]ll of the above." *See id* But the application requires Defendant to provide the names of the persons and/or entities to which the amounts are owed. *See id.* Those names were omitted.[1]

Accordingly, **IT IS ORDERED** that:

1. Defendant's Application to Proceed *In Forma Pauperis* is **DENIED WITHOUT PREJUDICE.**

2. Defendant shall have until **September 8, 2015**, in which to file a completed Application to Proceed *In Forma Pauperis*.

3. The Clerk of Court shall mail Defendant two blank Applications to Proceed *In Forma Pauperis* for non-incarcerated litigants.

4. Alternatively to filing an Application to Proceed *In Forma Pauperis*, Defendant may pay the $400.00 filing fee no later than **September 8, 2015**.

5. **Failure to comply with this Order will result in a recommendation to the District Judge that Defendant's Application to Proceed *In Forma Pauperis* be denied with prejudice.**

IT IS SO ORDERED.

DATED: August 24, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Defendant also appears to have miscalculated the monthly expenses, as the Court's calculation of the monthly expenses is $3,267 and not $3,367.