UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT E. ORDAL, )<br>　　　　Plaintiff(s), )<br>vs. )<br>SOCORRO KEENAN, et al., )<br>　　　　Defendant(s). ) | Case No. 2:15-cv-01537-GMN-NJK<br><br>ORDER |

　　　　The Local Rules require that any "[c]ounsel who has *reason to believe* that an action on file or about to be filed is related to another action on file (whether active or terminated) *shall* file in each action and serve on all parties in each action a notice of related cases." Local Rule 7-2.1 (emphasis added). On August 25, 2015, Resource Transition Consultants, LLC filed a supplement indicating that this removed case stems from the same case that was removed at 2:15-cv-1505-JCM-CWH. *See* Docket No. 5 at 2. As such, Resource Transition Consultants, LLC shall file, no later than August 28, 2015, either a notice of related cases or a statement explaining why a notice of related cases is not appropriate in these circumstances.

　　　　IT IS SO ORDERED.

　　　　DATED: August 26, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge